United States District Court

Eastern District of California

Thomas P. Wynn,

      Petitioner,                    No. Civ. S 05-0799 FCD PAN P

  vs.                                  Order

Roseanne Campbell, et al.,

      Respondents.

-oOo-

    Petitioner alleges his constitutional right to due process was violated in connection with California parole proceedings.

    Respondent moved June 24, 2005, to dismiss the petition based on the district court's ruling in Sass v. California Bd. of Prison Terms, 376 F. Supp. 2d 975 (E.D. Cal. 2005).

    The decision in Sass was made by a different district judge, is on appeal and there is substantial doubt whether it will be upheld. Therefore, respondent's motion to dismiss is denied without prejudice and respondent shall answer the petition within

1  30 days.  The answer may raise all defenses, procedural and
2  otherwise, and respondent may renew his motion to dismiss after
3  the court of appeals rules in <u>Sass</u>.
4     So ordered.
5     Dated:  November 22, 2005.

                                  /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge